IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TERRI L. CHRISTIAN,           )
                              )
          Plaintiff,          )
                              )
     v.                       )   Civil Action No. 08-221-JJF
                              )
ABM MID ATLANTIC INC.,        )
                              )
          Defendant.          )

**ORDER**

At Wilmington this _24_ day of _April_____, 2008,
the Court having considered the application to proceed without
prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.


United States District Judge