IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI L. CHRISTIAN, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 08-221-JJF |
| ABM MID ATLANTIC, INC., | : | |
|     Defendant. | : | |

**ORDER**

IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff has completed and provided to the Clerk of the Court an **original** "U.S. Marshal-285" form for **Defendant. Plaintiff has provided the Court with one copy the Complaint (D.I. 2) for service upon Defendant.**

2. The United States Marshal shall forthwith serve a copy of the Complaint and this Order upon the Defendant as directed by Plaintiff. All costs of service shall be advanced by the United States.

3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_July 30, 2008_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE