**ORIGINAL**

<u>Plaintiff</u>
Terri L. Christian

Case #: 1:08-CV-00221-JJF

v.

<u>Defendant</u>
ABM Mid Atlantic INC.

U.S. District Court

I, Terri Christian would like to withdraw the complaint against ABM Mid Atlantic INC. because both parties made an agreement on September 4, 2008.

,Thank you,

Terri L Christian
9-4-08